IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE:   Wilkerson, Danny L | Case Number:  06 B 05254 |
|---|---|
|  | Judge:  Hollis, Pamela S |
| Printed: 02/24/09 | Filed:  5/9/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: January 22, 2009
Confirmed:  June 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 45,000.00 |  |
| Secured: |  | 10,803.89 |
| Unsecured: |  | 27,784.93 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,290.00 |
| Trustee Fee: |  | 2,495.88 |
| Other Funds: |  | 625.30 |
| Totals: | 45,000.00 | 45,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 3,290.00 | 3,290.00 |
| 2. | Triad Financial Services | Secured | 10,803.89 | 10,803.89 |
| 3. | Capital One | Unsecured | 3,369.06 | 3,369.06 |
| 4. | Capital One | Unsecured | 834.01 | 834.01 |
| 5. | Capital One | Unsecured | 2,048.15 | 2,048.15 |
| 6. | Premier Bankcard | Unsecured | 722.42 | 722.42 |
| 7. | ECast Settlement Corp | Unsecured | 2,165.07 | 2,165.07 |
| 8. | Portfolio Recovery Associates | Unsecured | 7,187.22 | 7,187.22 |
| 9. | AmeriCash Loans, LLC | Unsecured | 1,392.25 | 1,392.25 |
| 10. | Asset Acceptance | Unsecured | 224.69 | 224.69 |
| 11. | Triad Financial Services | Unsecured | 1,192.99 | 1,192.99 |
| 12. | Paragon Way Inc | Unsecured | 866.00 | 866.00 |
| 13. | ECast Settlement Corp | Unsecured | 1,040.43 | 1,040.43 |
| 14. | AmeriCash Loans, LLC | Unsecured | 2,305.65 | 2,305.65 |
| 15. | Quick Payday | Unsecured | 518.39 | 518.39 |
| 16. | Resurgent Capital Services | Unsecured | 3,918.60 | 3,918.60 |
| 17. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 18. | Ameriloan | Unsecured |  | No Claim Filed |
| 19. | Blair | Unsecured |  | No Claim Filed |
| 20. | Cash Advance | Unsecured |  | No Claim Filed |
| 21. | Cash Today | Unsecured |  | No Claim Filed |
| 22. | Cash Advance | Unsecured |  | No Claim Filed |
| 23. | Cash Today | Unsecured |  | No Claim Filed |
| 24. | National Capital Adjustment Co | Unsecured |  | No Claim Filed |
| 25. | Pay Day OK | Unsecured |  | No Claim Filed |
| 26. | One Click Cash | Unsecured |  | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Wilkerson, Danny L | | Case Number: 06 B 05254 |
| | | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | | Filed: 5/9/06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Simm Associates Inc | Unsecured | | No Claim Filed |
| 28. | Sonic Payday | Unsecured | | No Claim Filed |
| 29. | AIT | Unsecured | | No Claim Filed |
| 30. | Txcollect, Inc Dba Ct | Unsecured | | No Claim Filed |
| 31. | Quick Payday | Unsecured | | No Claim Filed |
| | | | $ 41,878.82 | $ 41,878.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 225.79 |
| 4.8% | 151.26 |
| 5.4% | 1,326.82 |
| 6.5% | 585.00 |
| 6.6% | 207.01 |
| | $ 2,495.88 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: